BOARD. C. A. 9th Cir. Certiorari denied. *Roland C. Davis* and *S. G. Lippman* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 894. BATISTIC *v.* PILLIOD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 815. GROSS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Donald N. Murtha* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 897. KEARNEY ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Michael M. Kearney* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.

No. 904. DEAUVILLE REALTY CO., INC., ET AL. *v.* TOBIN ET AL. Supreme Court of Florida. Certiorari denied. *Donald S. Dawson* for petitioners.

No. 819. CORY CORPORATION ET AL. *v.* SAUBER. C. A. 7th Cir. Motion to use the record in No. 436, October Term, 1959, granted. Certiorari denied. *Edwin A. Rothschild* and *Stanford Clinton* for petitioners. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for respondent.